SEPTEMBER 7, 1994

■■■■■

No. 94–5240.  WHITAKER *v.* UNITED STATES.  C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.  ■■■■■

■■■

SEPTEMBER 8, 1994

■■■■■

No. 93–404.  GUSTAFSON ET AL. *v.* ALLOYD CO., INC., FKA ALLOYD HOLDINGS, INC., ET AL.  C. A. 7th Cir.  [Certiorari granted, 510 U. S. 1176.]  The parties are ordered to file on or before Tuesday, October 11, 1994, supplemental briefs addressing the question whether § 12(2) of the Securities Act of 1933 applies to secondary transactions as well as to initial offerings of securities.  Oral argument in this case, presently scheduled for October 11, 1994, is postponed.  JUSTICE STEVENS and JUSTICE GINSBURG dissent from the entry of the foregoing order.

SEPTEMBER 9, 1994

■■■■■

No. 93–1937.  WACHS ET AL. *v.* TREVINO, A MINOR, BY AND THROUGH HER NEXT FRIEND, HER GRANDMOTHER, CRUZ. C. A. 9th Cir.  Certiorari dismissed under this Court's Rule 46.

■■■■

No. 93–1151.  FEDERAL ELECTION COMMISSION *v.* NRA POLITICAL VICTORY FUND ET AL.  C. A. D. C. Cir.  [Certiorari granted, *ante,* p. 1218.]  This case will be heard on oral argument October 11, 1994, in place of No. 93–404, *Gustafson et al.* v. *Alloyd Co., Inc., et al.*

SEPTEMBER 14, 1994

■■■■

No. A–20 (94–5859).  GILES *v.* SNOW ET AL.  C. A. 11th Cir. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.  JUSTICE BREYER took no part in the consideration or decision of this application.